[No. 29894-1-I. Division One. August 16, 1993.]

*In the Matter of the Marriage of* CYNTHIA A. DUNN, *Respondent, and* PATRICK F. DUNN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-3-04552-1, J. Kathleen Learned, J., entered October 9, 1991. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion Baker, J., concurred in by Pekelis, A.C.J., Kennedy, J., concurring separately.

[No. 30137-3-I. Division One. August 16, 1993.]

WILL KNEDLIK, *Appellant,* v. JANET KNEDLIK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-12783-1, Michael J. Fox, J., entered January 7, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 29623-0-I. Division One. August 16, 1993.]

THE CITY OF SEATTLE, *Respondent,* v. JAKE FORD III, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-00389-7, Richard M. Ishikawa, J., entered October 29, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Kennedy, J.

[No. 11588-7-III. Division Three. August 17, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. LUIS ADAM, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00176-1, Stephen M. Brown, J., entered May 2, 1991. *Affirmed* by unpublished opinion per Schultheis, J. Pro Tem., concurred in by Thompson, C.J., and McInturff, J. Pro Tem.